UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH ANDREW HYLKEMA,

    Plaintiff,

  v.

CERTEGY PAYMENT RECOVERY SERVICES, INC., et al.,

    Defendants.

CASE NO. C05-203C

ORDER OF DEFAULT JUDGMENT

    This matter comes before the Court on Plaintiff Joseph Hylkema's Motion for Default Judgment Against Defendant Nationwide Collections, Inc. (Dkt. Nos. 22, 26).  The Court has carefully considered the papers submitted by Plaintiff and hereby GRANTS Plaintiff's Motion for Default Judgment.

    It is hereby ORDERED that Plaintiff be awarded a Default Judgment against Defendant Nationwide Collections, Inc. in the amount of $10,000.  It is further ORDERED that this Judgment shall accrue interest on the total unpaid balance at the rate of three percent (3%) per annum.

//

//

//

//

ORDER – 1

SO ORDERED this __22nd__ day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 2